IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

UNITED STATES OF AMERICA,

       **Plaintiff,**                                Case No. CR-2-05-CR-45(2)
                                                          JUDGE GREGORY L. FROST

    **v.**

**SHANE P. BURKE,**

       **Defendant.**

## ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

Defendant admitted to three violations of Supervised Release on March 22, 2016.  The Court accepted the admissions (ECF No. (97) and continued the sentencing hearing.  On April 26, 2016 the Court conducted a sentencing hearing.  Defendant, counsel for Defendant, and counsel for the Government appeared.  Oral arguments were presented.

The Court thereafter proceeded with sentencing. Pursuant to the United States Sentencing Guidelines (U.S.S.G.) §§ 7B1.1(a)(2), Defendant has been found guilty of violating two Standard Conditions of Supervised Release and one Special Condition of Supervised Release which conduct represents Grade C violations.

Based on the Grade C violations, and criminal history category IV, the advisory guideline imprisonment range for revocation purposes is 6 to 12 months.  See U.S.S.G. 7B1.4.(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. 3553(a) factors, the Court orders that Defendant's supervised release be revoked and the Court sentences Defendant to fifteen (15) days imprisonment.

Upon completion of the sentence, Defendant shall serve a term of Supervised Release of two (2) years.  In addition, to the terms of Supervised Release previously imposed in this case, Defendant shall comply with the following Special Conditions:

    1.        Defendant shall enter into and successfully complete the Cornerstone Recovery

      Program;

2. Defendant shall reside in the Sober Living housing program or an equivalent housing program;

3. Defendant shall participate in a one-year outpatient program including attendance at AA/NA meetings; and

4. Defendant shall be monitored by American Court Services and Defendant shall comply with the drug and alcohol testing protocol recommended by American Court Services.

The cost of the programs and living arrangements shall be paid by Medicaid and Defendant.

**IT IS SO ORDERED.**

                                                            s/ Gregory L. Frost
                                        **GREGORY L. FROST, JUDGE**
                                        **UNITED STATES DISTRICT COURT**